## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

RANDY J. MATA,

    Plaintiff,

v.                                              No. CV 20-274 KG/CG

ANDREW SAUL, Commissioner
of the Social Security Administration,

    Defendant.

## ORDER GRANTING EXTENSION

**THIS MATTER** is before the Court on Defendant's *Motion for Extension of Time to File the Electronic Certified Administrative Record and Answer to Plaintiff's Complaint* (the "Motion"), (Doc. 11), filed June 1, 2020. The Court, having considered the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant shall have until **July 1, 2020**, to file the certified administrative record and answer Plaintiff's Complaint, (Doc. 1).

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE