**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

RANDY J. MATA,

       Plaintiff,

v.                                                CV No. 20-274 KG/CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

       Defendant.

**ORDER SETTING BRIEFING SCHEDULE**

**THIS MATTER** is before the Court for scheduling. **IT IS HEREBY ORDERED** that:

(1)      Plaintiff shall file a Motion to Reverse or Remand to Administrative Agency with Supporting Memorandum on or before **December 15, 2020**;

(2)      Defendant shall file a Response on or before **February 16, 2021**;

(3)      Plaintiff may file a Reply on or before **March 2, 2021**;

(4)      All supporting memoranda filed pursuant to this Order shall cite **ONLY** the relevant portions of the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)      **All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court.** If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order to the Court for approval.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE