IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RANDY J. MATA,

      Plaintiff,

v.                                                             CV No. 20-274 KG/CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

      Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Plaintiff Randy J. Mata's *Unopposed Motion to Extend Briefing Deadlines* (the "Motion"), (Doc. 24), filed December 15, 2020. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff is granted through **January 14, 2021**, to serve his Motion to Reverse and Remand for a Rehearing with Supporting Memorandum.

**IT IS FURTHER ORDERED** that Defendant is granted through **March 15, 2021**, to serve his Response, and Plaintiff through **March 29, 2021**, to serve his Reply. **No further extensions will be granted.**

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE