IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

RANDY J. MATA,

      Plaintiff,

v.   No. CV 20-274 KG/CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

      Defendant.

## ORDER GRANTING UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES

**THIS MATTER** is before the Court on Defendant Andrew Saul's *Unopposed Motion for Extension of Time* (the "Motion"), (Doc. 29), filed March 15, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that Defendant is granted through **March 29, 2021**, to serve his Response, and Plaintiff through **April 12, 2021**, to serve his Reply. **No further extensions will be granted to any party.**

**IT IS SO ORDERED**.

                                              THE HONORABLE CARMEN E. GARZA
                                              CHIEF UNITED STATES MAGISTRATE JUDGE