# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

RANDY J. MATA,

    Plaintiff,

v.                                                                                        No. CV 20-274 CG

ANDREW SAUL, Commissioner of the
Social Security Administration,

    Defendant.

## FINAL JUDGMENT

**THE COURT**, having issued the *Memorandum Opinion and Order*, (Doc. 35), enters this Judgment in compliance with Rule 58 of the Federal Rules of Civil Procedure. Plaintiff's *Motion to Reverse and Remand for a Rehearing with Supporting Memorandum*, (Doc. 26), shall be **GRANTED**. This case is therefore **REMANDED** to the Commissioner for further proceedings consistent with the Court's Opinion.

    **IT IS SO ORDERED**.

                                                              _____
                                                              THE HONORABLE CARMEN E. GARZA
                                                               CHIEF UNITED STATES MAGISTRATE JUDGE